# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Items described in Attachment A located at City of Fairfax Police Dept., Property #12967; 3730 Old Lee Hwy., Fairfax VA 22030

)
)
)
)
)
)

Case No. 1:18-SW-25

JAN 12

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the _____ **Eastern** _____ District of _____ **Virginia** _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251, 2252, and 2252A | Production, distribution, receipt and/or possession of visual depictions of minors engaging in sexually explicit conduct and child pornography |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA/SAUSA:

James Burke

_____
*Applicant's signature*

Kimberly Honicker, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **January 12, 2018**

_____ /S/ _____
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

The property to be searched, as described in Attachment A, includes one (1) CD and four (4) documents containing the contents of the "Christopher.777@mail.com" email account as received from 1 & 1 Mail & Media, Inc., in or about November 2014. The CD and documents are currently located in the Seized Property Room at the City of Fairfax Police Department, Property Room, 3730 Old Lee Hwy, Fairfax, VA 22030.

This warrant authorizes the forensic examination of the CD and review of the documents for the purpose of identifying the user of the email account contained therein as the same individual using electronic devices previously seized containing child exploitation materials, as described further in Attachment B.

## ATTACHMENT B

All records and information on the CD and documents described in Attachment A that relate to establishing the identity or location of the user of computer devices seized from SUBJECT's residence in November and February 2014, which include:

1.      A Dell Latitude laptop computer (Service Tag: 2VLWY81);

2.      A Dell Latitude laptop computer (Service Tag: 6PXCY71);

3.      A Dell Latitude laptop computer (Service Tag HPJ4391); and

4.      A Western Digital External hard-drive: (SN: WCAZAC775833)

[SEIZED DEVICES] all of which were found to contain evidence relating to the production, distribution, receipt and/or possession of visual depictions of minors engaging in sexually explicit conduct and child pornography in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, including:

1.      Records and information about who used, controlled, or owned the SEIZED DEVICES between approximately 2012 and February 2014 during which time the SEIZED DEVICES were being used as instrumentalities of violations of Title 18, United States Code, Sections 2251, 2252, and 2252A;

2.      Records and information about who used, controlled, or owned email account "Christopher.777@mail.com" between approximately 2012 and February 2014 during which time the SEIZED DEVICES were being used as instrumentalities of violations of Title 18, United States Code, Sections 2251, 2252, and 2252A;

3.      Records and information about the identification of the "Christopher.777@mail.com" account to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were

created, the length of service, the types of service utilized, the IP address used to register the

accounts, log-in IP addresses associated with session times and dates, accounts' status,

alternative e-mail addresses provided during registration, methods of connecting, log files, and

means and source of payment (including any credit or bank account number); and

      4.     Any other records or information contained in the items described in Attachment

A that can be used to further establish the identity or location of SUBJECT as using the SEIZED

DEVICES mentioned in the warrant as an instrumentality of violations of Title 18, United States

Code, Sections 2251, 2252, and 2252A.

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA



IN THE MATTER OF THE SEARCH OF:
**ITEMS DESCRIBED**
**IN ATTACHMENT A**

CURRENTLY LOCATED AT

Case No. 1:18-sw-**25**

**City of Fairfax Police Department**
**Property # 12967**
**3730 Old Lee Highway**
**Fairfax, Virginia 22030**

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Kimberly Honicker, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION & AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination and review of property—a compact disc ("CD") and documents described in Attachment A—which are currently in the possession of law enforcement, in particular the City of Fairfax Police Department, and the extraction from that property of electronically stored information described in Attachment B.

2.      I am a Special Agent with the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been by employed by ICE since 2007. I am currently assigned to the Office of HSI, Washington, D.C. ("HSI DC"), and have investigated crimes relating to child exploitation

on the Internet since approximately May 2009. I have basic and on-the-job training in this investigative area and have participated in federal, multi-jurisdictional, and international investigations, many of which involved child exploitation and/or child pornography offenses. Moreover, I graduated from the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ICE Special Agent Training program. As part of my current duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## IDENTIFICATION OF ITEMS TO BE EXAMINED

4.      The property to be searched, as described in Attachment A, includes one (1) CD and four documents. The CD and documents are currently located at the City of Fairfax Police Department, Property Room, 3730 Old Lee Hwy, Fairfax, VA 22030.

5.      The applied-for warrant would authorize the forensic examination of the CD and review of the documents described in Attachment A for the purpose of establishing identity of the user of devices previously searched and seized during the course of the investigation of Christopher Robert SUEIRO (hereafter "SUEIRO" or "SUBJECT") for child pornography related offenses as described below.

2

## INVESTIGATION OF CHRISTOPHER ROBERT SUEIRO

6.      In February 2016, Detective ("Det.") Leightley from the City of Fairfax Police Department contacted me regarding findings observed during a computer forensic examination of electronic media seized from SUBJECT's residence.

7.      In November 2014, Prince William County ("PWC") and the City of Fairfax Police Departments began an investigation of SUBJECT after receiving a report that a PWC resident had received threatening emails from SUBJECT. The email address SUBJECT used to send the threatening emails was "Christopher.777@mail.com". (On or about November 26, 2014, Detective Leightley obtained and executed a search warrant for 1 & 1 Mail & Media, Inc., the holder of records associated with email account "Christopher.777@mail.com", the account from which the threatening emails were sent. In response to the search warrant, 1 & 1 Mail & Media, Inc. provided one CD and four documents.)

8.      Based on the contents of the emails sent to the victim, state law enforcement officers obtained arrest warrants for a felony violation of the Virginia Code § 18.2-60, which prohibits threats of death or bodily injury to a person or member of his family and threats to commit serious bodily harm to persons on school property. On November 5, 2014, local law enforcement officers arrested the SUBJECT at the residence he, and several roommates, rented in Fairfax, VA.

9.      On November 7, 2014, Det. Leightley obtained and executed a state search warrant for the SUBJECT's residence. State law enforcement officers seized numerous items, including several electronic media devices. Five electronic media items were seized from the SUBJECT's bedroom. Among these items were three Dell Latitude D610 laptop computers

3

(Service Tag: 2VLWY81; Service Tag: 6PXCY71; and Service Tag HPJ4391). On November 13, 2014, Det. Leightley obtained a separate search warrant to conduct a forensic examination of the electronic media to search for evidence pertaining to the threatening emails. Det. Leightley executed this search warrant on November 17, 2014.

10.     On November 18, 2014, during the forensic examination of the seized electronic media for evidence related to the threats SUBJECT made, Det. Leightley observed numerous images of suspected child pornography, including images of prepubescent males in various stages of undress and displaying their genitalia. Upon finding this evidence, Det. Leightley ceased his search and obtained an additional search warrant authorizing the search of the devices for violations of the Virginia Code § 18.2-374.1:1, which prohibits the possession, reproduction, distribution, solicitation, and facilitation of child pornography.

11.     On February 16, 2015, the owner of the residence the SUBJECT had been renting from found an external hard-drive (Western Digital External HD, SN: WCAZAC775833) in an Amazon shipping box next to SUBJECT's backpack in the living room. The owner connected the external hard-drive to his computer and observed what he later described to Det. Leightley as "illegal content" on that hard-drive. The content appeared to be child pornography and/or child erotica and depicted prepubescent males in various states of undress and exposing their genitalia. The owner then brought the hard-drive to the City of Fairfax Police Department, and it was placed into property as evidence. On April 26, 2016, Det. Leightley obtained a search warrant authorizing a search for evidence of violations of the Virginia Code § 18.2-374.1:1.

12.     Based on the findings of the forensic examination of the SUBJECT's media devices, on June 22, 2016, the Honorable Magistrate Judge Michael S. Nachmanoff of the

4

Eastern District of Virginia issued a federal search warrant for all of the SUBJECT's media in the custody of the City of Fairfax Police Department for suspected child exploitation offenses.

13.     A computer forensic examination of the seized media revealed the SUBJECT's collection was primarily child pornography depicting prepubescent boys. The examination revealed approximately 26,000 images and 500 videos of suspected child pornography on the SUBJECT's devices. Images and videos were submitted to the National Center for Missing & Exploited Children ("NCMEC") for analysis. The NCMEC report identified more than 1,600 image files and 80 video files contained on the SUBJECT's devices that depicted child victims identified by law enforcement officers in previous investigations.

14.     The investigation of the threatening emails, which preceded the investigation into the child pornography, revealed that the SUBJECT had been employed at a Best Western hotel located in the City of Fairfax until he was fired in October 2014. SUBJECT was apparently upset over the firing, which precipitated him sending threatening emails to the coworker who he believed was responsible for the firing.

15.     The threatening emails were sent from the email account "Christopher.777@mail.com" which is the same email account the victim and SUBJECT had used to communicate with in the past. Below are excerpts from one approximately four-page-long email sent by SUBJECT to the coworker:

> To: [Redacted]
> From: Christopher S. <Christopher.777@mail.com>
> Date: November 2, 2014 at 12:15 PM
> Subject: Re:
>
> You might think it's strange that I can talk so casually about killing
> you

Obliviously you knew that I *was* serious, but you didn't care until you found out that you'd be killed before I kill myself

The only thing I do feel a little bad about with all this is the thought of making you husband a widower.

Oh, and I also should mention that if you go to the police about this, there's not really anything they can do to stop from taking you down

I know that I said that it would be in your best interest to not tell anyone about this, but you should actually let Mr. May know that you really need him to give me a *sparkling* recommendation if this company I'm trying to get this new security job with contacts him, if you haven't done that already, because it's very important for both of us that he's very clear on that and knows that he needs to do absolutely everything possible in his power to try to make sure that I get this job because what he says to them will likely be the most important factor as to whether or not I get hired, and, as you well know, that is very important for you as well because that is the only chance you have to continue living so long as I get that job and *keep* it.

I have both the power and capacity to love and to destroy in me simultaneously and one does not cancel out the other, and you underestimated just how much hatred and disdain I have for evil, and because of that, you never thought that I would actually kill you over you ruining my life like this

Oh, believe me, if it does come to that, I am going to fucking *enjoy* breaking you before I kill you.

I've got a feeling you'll even have your husband there to try to protect you, and that would be a real shame for you to do that to him because, like I said, he sounds like a really nice guy, and I bet he would do that for you because he seems like the chivalrous type like that, but I promise you, if you do that and make me kill him in order to get to you, if you sacrifice him like that, I *will* make your death soooo much more agonizingly and excruciatingly painful than I would have otherwise, just for you putting an innocent life in harm's way for your own personal selfishness and inability to take responsibility for your own actions and face the consequences of your mistakes on your own.

6

16.     On November 4, 2014, at 9:48 PM, SUBJECT sent an email to the victim with the

following subject line, "Some things I forgot to mention." Below are excerpts from that email:

> I know that I said it would be in your best interest to not tell anyone
> about this, but you should actually let Mr. [redacted] know that you
> really need him to give me a *sparkling* recommendation if this
> company I'm trying to get this new security job with contacts him,
> if you haven't don't that already, because"…"make sure that I get
> this job because what he says to them will likely be the most
> important factor as to whether or not I get hired, and, as you well
> know, that is very important for you as well because that is the only
> chance you have to continue living so long as I get that job and
> *keep* it.

> If I get this new security job, under the management of that *real*
> security company, I will never have any of those kinds of problems
> like I had at that poorly run, ghetto-ass fucking grungy hotel.

17.     The forensic examination of a Dell Laptop (Service Tag 2VLWY81) seized from

SUBJECT's residence also revealed text documents that contained virtually identical content to

those of threatening emails sent by SUBJECT to the threats victim. The documents were titled

"Fucked up Letter", "Fucked up Letter 2", "Fucked up Letter 3", "Fucked Up Letter 4", and

"Fucked up Letter 5", and were found in the My Documents folder.

18.     SUBJECT was charged with felony threats in Prince William County Circuit

Court and in Fairfax County Circuit Court as a result of these, and other, threatening emails he

sent. Jury trials were held in both jurisdictions. SUBJECT was found guilty of felony threats

after each trial. The victim testified in both trials that the she had received emails from the

SUBJECT sent from the email account "Christopher.777@mail.com".

19.     A forensic examination of the Dell Laptop (Service Tag 2VLWY81) further

7

indicated SUBJECT created a .txt file named "[Minor J's][1] Address.txt" on September 25, 2014, at 6:32:48 PM Eastern Time ("ET"). The document was located in file path: Documents and Settings\Dell User\My Documents\[Minor J's] Address.txt. The document included SUBJECT's contact information (name, address, e-mail address, and phone number) as well as Minor J's contact information. The email address listed for subject was "christopher.777@mail.com". On December 11, 2014, Det. Leightley made contact with Minor J's mother who described SUBJECT as a "family friend." Queries of a law enforcement database verified in 2014 that Minor J was a juvenile and corroborated the contact information observed in SUBJECT's .txt document about this minor. The document also contained a credit card number associated with SUBJECT.

20.     The forensic analysis also indicated that the SUBJECT came into possession of the following images of suspected child pornography around the same time that the above-mentioned .txt file was created:

a.  **File Name**: AustinJ_03Dec20_06.jpg_bv1405532822.jpg

    **File Creation Date:** 09/25/14 at 6:40:06 PM ET

    **File Path**: C\Documents and Settings\Dell User\My Documents\My Pictures\AustinJ_03Dec20_06.jpg_bv1405532822.jpg

    **File Description**: a prepubescent male minor is lying on his back wearing a white shirt and white colored with red figures on boxer shorts. An adult male's left hand is pulling down the front of the boxers exposing the prepubescent male's penis.

b.  **File Name**: de184948cadae2c1307a081c36bb6e26.jpg_bv1405522152.jpg
    **File Creation Date:** 09/25/14 at 6:12:44 PM ET

---

[1] Some information in this affidavit has been redacted to protect the privacy of third parties and/or suspected minors or persons who were minors at the time of the events.

**File Path**: C\Documents and Settings\Dell User\My Documents\My Pictures\de184948cadae2c1307a081c36bb6e26.jpg_bv1405522152.jpg

**File Description**: a prepubescent male minor is fully nude sitting up with his fists under his bent knees. He is holding his legs up and spread apart fully exposing his genitalia and anus.

21.     Forensic examination of the Dell Laptop (Service Tag 2VLWY81) revealed a

document located in file path: C\Documents and Settings\Dell User\My Documents\Questions of

a newb on Darknet.doc. Entitled "Questions of a newb on Darknet.doc", and created on

September 09, 2014, at 5:45 PM ET, the document contained the following excerpts:

> I'm totally new to the Darknet and I just now found this site after finding The Hidden Wiki. I already have a whole lot of boy pictures and videos that I got off of WinMX, but I'm looking for a better and faster way to get them because WinMX is way too slow and it can take forever just to actually *start* downloading a file.

> Anyway I'm confused as to how to download the videos, and I'm also confused because when I made my account on her[e]2 just now, in the terms and conditions or whatever, it said that you're not allowed to post any videos that would be considered "illegal", so I don't understand how the n we're supposed to upload and download videos here since everywhere in this damned corrupted world child porn is considered illegal.

> There has to be some way that it's done here, or otherwise I don't understand the point of this site since it is called Boy Vids.

> I don't understand the point of this site since it is called Boy Vids.

22.     Forensic examination of the Dell Laptop (Service Tag 2VLWY81) also revealed a

document located in file path: C\Documents and Settings\Dell User\My Documents\Darknet

Stuff And Other Stuff.txt. The document was titled "Darknet Stuff And Other Stuff.txt", and had

---

[2] All spelling and grammar errors are set forth as contained in the original communications unless otherwise indicated in brackets.

a creation date of September 9, 2014. The document contained the following user-created

content, among other things:

> a. "Boy Vids account info:"
> "Username: BoyLoverVids"
> "Password: boysarebest"

> b. [the address of the SUBJECT's home and from which the devices were seized]

> c. "christopher.777@mail.com"

23.     Forensic examination of a Dell Latitude (Service Tag HPJ4391) seized from the

SUBJECT's residence revealed a .txt document located via file path C\Documents and

Settings\Paladin\My Documents\Did you happen to find that original video and download it with

KeepVid.doc. The document is titled "Did you happen to find that original video and download

it with KeepVid.doc", and it contained a description of a video depicting a minor male engaging

in sexual intercourse with an adult female and a request for said video. The .txt file's creation

date was February 19, 2013. Several statements from this document include the following

excerpts:

> Video of 4 year-old boy having sex with grown woman?

> Did you happen to find that original video and download it with
> KeepVid.com or something? And if you do have it, could you please
> send it to me? My E-mail address for stuff like this is
> lover_of_heavenly_boys@yahoo.com.

> I read where someone said they saw the video and that the little boy
> was "thrusting" his little dick into the woman's pussy. Obviously, if
> *he's* thrusting his little dick into her, then *he's* actively having
> sex with her. Obviously he wanted to do it and it probably felt great
> to the little guy.

> But I already know that no matter how much logic you try to present
> to brainwashed fools, they will never see past what the programming
> of their brainwashing says because hopeless are the ones that are so

10

successfully and easily brainwashed into believing such nonsense as that "children are incapable of willingly engaging in sexual activity and therefore anytime they do they must be being raped". I still don't understand how so many idiots can actually believe that that's true.

24. Forensic examination of a Western Digital external hard-drive

(SN WCAZAC775833) revealed a document located in file path: C\Everything Else\C Drive For

Second Computer\Documents and Settings\Paladin\My Documents\BoyManiaE-

mail_TryToSendLater.sxw. The document was titled "BoyManiaE-mail_TryToSendLater.sxw".

It was created on September 3, 2012, at 9:10AM and contained the following excerpts:

> Hey, I love your site! As you can tell by my E-mail address, I'm very much a boy lover too.
>
> I found your site when searching Google for images of "preteen boys", and I came into your site through the picture you have in your gallery with the two beautiful boys, one with dark hair and the other blond, laying with each other in bed. Judging by the name of the file, I *think* this is one from a nude series, but this obviously one of the pictures where it shows them still with something on.
>
> Oh, and I see you have a big picture [of] that cute little boy Richie on the home page too. I came across a series of photos of him one time when I was looking on that file-sharing program called WinMX, which is what I've used to get pretty much all of my boy pictures and videos.
>
> Unfortunately there weren't any of him totally nude, but there were some that were close, like the one you have displayed here. My favorite one of him is that one where he's wearing that same red-and-white-striped underwear and he's laying down on his back and lookin g over at the camera. I love that picture the most because there's nothing covering up his *beautiful* boyish beauty except for that one little thing of underwear, and that's barely covering him as it is, and because of how he's laying down on his back, I like to imagine me being there with him and untying the strings to that underwear and pulling it off of him completely, revealing his beautiful little boy sack and dick, and then I'd kiss all over him from

11

head to toe and then slowly work my way back up to his beautiful little boy cock and kiss it and lick it all over and then finally take the whole thing, balls included, into my mouth and lovingly suck him off until I made him orgasm in my mouth, hopefully causing him to squirt some of that yummy, clear, sticky, premature boy cum into my mouth, but even if he couldn't squirt out anything at all yet, just feeling his beautiful little boy dick twitching in my mouth as he orgasms would be satisfaction enough.

25.     As corroborated by numerous documents located on SUBJECT's electronic media, like those discussed above, forensic examination of said media revealed that the SUBJECT used the peer-to-peer file sharing program WinMX to receive suspected child pornography materials. The program was installed on two items of evidence associated with SUBJECT. The forensic examination revealed that the SUBJECT installed WinMX (version 3.53) on the Dell Laptop (Service Tag 2VLWY81) using the screen name: "Trade4LittleBoys552" and on the Dell Latitude (Service Tag HPJ4391) using the screen name "MXMonitrade4Boys822". Forensic examination of this version of WinMX revealed that users' screen names are displayed to other WinMX users when that user is downloading files from those users. Forensic examination also revealed that the SUBJECT had viewed images of suspected child pornography that he received using WinMX. Specifically, the examination revealed that, on the Dell Latitude (Service Tag HPJ4391), Media Player Classic (Version 1.6.6.6584) was installed and used to view apparent child pornography downloaded via WinMX.

26.     As shown in numerous instances above, SUBJECT had the practice of using asterisks (*) to emphasize words in documents SUBJECT authored. This was true for the documents relating to child exploitation found on his devices as well as those associated with the threatening emails.

27.     The forensic examination of the Dell Laptop (Service Tag 2VLWY81) further

revealed a document called "Ivan Story" in the My Documents folder. The document was created on October 22, 2014, at 6:11pm, and it explains the author's writing conventions, including the use of asterisks to demonstrate emphasis or stress on that word. The following are excerpts from that document:

> Before I start this story, I need to explain to you real quick that whenever I use a question mark or an exclamation point, I will always put an upside-down question mark or exclamation point in the spot where the question tone or exclamation tone *starts* just like they do in Spanish. I like this for extra clarity. For example, I always hated it when I would read a sentence, particularly a long sentence, and I read it regularly and then when I get to the end I see that it has an exclamation point at the end and then I exclaim just the last few words. Then I always would feel like I wanted to go back and read the sentence over again now that I know that it's supposed to be exclaimed, but if there were an upside-down exclamation point at the *beginning* of the sentence, then I would know to read it as an exclamation right from the *beginning*. This also helps in some cases with things that are supposed to be read in a "question tone" as well, and also for sentences that start out in a regular "statement tone" and then later change into a "question tone" in mid sentence, such as saying, "You wanted to go to the store today, ¿didn't you?" In longer sentences especially, this can help to make clear that a part of a sentence has now turned into being said as a question. In very short sentences, this may not be necessary, but in order to remain consistent, I will use these all the time.

> I just wanted to clear that up to avoid future confusion.

> Also, on a side note, anything that is enclosed in stars ( * ) is being said in a "stressed" or "emphasized" way, just the same as when a word is slanted when it is written in italics, but most Web forums and whatnot don't support text in italics and will display them as normal text instead, so to be sure that this is kept in tact, I will always use the stars instead, and if two or more stars are used on both sides instead of just one, that means that whatever is enclosed in there is being stressed more intensely, and the more stars enclosing something on each side, the greater the degree to which it is being

13

> stressed. Usually just one star on each side is used, but sometimes
> things might be said in a way that warrants using more stars to
> accurately convey exactly how it's being said.

28.    The forensic examination of a Dell Laptop (Service Tag HPJ4391) seized from

the defendant's residence revealed additional documents on the seized media relating to *both*

child exploitation *and* that reference facts relevant to the threats case. (These documents also

contain the use of asterisks for emphasis.) One example is titled "Seventies Boys Response", and

was created on April 26, 2014 at 5:13pm. The following excerpts are found in the document:

> Thank you very much for responding, and thank you for letting me
> know about that guy who can hopefully get me a copy of that video.
> Although it is grainy and of poor quality, I'd still love to have it
> because it's still a wonderful "screen gem", as I call them.
>
> Oh, and this is unrelated to all that, but I also just wanted to mention
> to you real quick that -- well, first I need to tell you that I'm an
> overnight security guard at a hotel, and anyway, the point is that for
> the past couple of days, we've had a Boy Scout troop, BSA Troop
> 6, staying at the hotel, and I've been seeing a lot of them in the
> mornings because we have a very good hot breakfast there and as
> someone who works at the hotel, I'm allowed to have it for free, so
> I always do before I leave in the morning, and these past couple of
> days the restaurant in the hotel where the breakfast is served has
> been filled with bunches of cute, adorable boy scouts, so I've had
> plenty of great eye candy to go along with my breakfast. I absolutely
> *love* it when boy scouts or a group of boys from a school or
> something like that stay at the hotel, and I always feel so sad and
> upset when they end up checking out.

This document discusses child exploitation and states that its author was "an overnight security

guard at a hotel"—like the SUBJECT was at the Best Western hotel.

29.    Det. Leightley—having executed a valid search warrant for the

"Chrisopher.777@mail.com" in association with investigating the threatening emails—has

already reviewed its contents. There are emails contained in this account that were sent from on

or around the time various items of child pornography were received onto the electronic media devices seized from the SUBJECT's home and which are written in a similar style to those documents indicative of SUBJECT's sexual interest in children found on the defendant's seized media. The account also contains emails in which the defendant clearly identifies himself as the owner of the "Christopher.777@mail.com" account. It does not appear, however, that the "Chrisopher.777@mail.com" email account contains evidence of child exploitation.

30.    The CD and documents described in Attachment A are currently in the lawful possession of the City of Fairfax Police Department. They were seized by the City of Fairfax Police Department pursuant to a valid search warrant; the CD contains communications that would further establish SUBJECT'S identity, use of the devices in question, and use of other devices in his possession that contained depictions of child exploitation and child pornography. Therefore, while the City of Fairfax Police Department already has all necessary authority to examine the CD and review the documents, I seek this additional warrant out of an abundance of caution to be certain that a federal examination of the CD complies with the Fourth Amendment and other applicable laws.

31.    The CD and documents are currently in storage at the Seized Property Room located at the City of Fairfax Police Department, 3730 Old Lee Hwy, Fairfax, VA 22030. In my training and experience, I know that the CD and documents have been stored in a manner in which their contents are, to the extent material to this investigation, in substantially the same state as it was when the CD first came into the possession of the City of Fairfax Police Department.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

32.    *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

33.    *Manner of execution.* Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

34.    I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the CD and review of documents described in Attachment A to seek the items described in Attachment B.

Respectfully submitted,

Kimberly Honicker
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
on this 12th of January, 2018:

_____ /s/ _____
John F. Anderson
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

16

## ATTACHMENT A

The property to be searched, as described in Attachment A, includes one (1) CD and four (4) documents containing the contents of the "Christopher.777@mail.com" email account as received from 1 & 1 Mail & Media, Inc., in or about November 2014. The CD and documents are currently located in the Seized Property Room at the City of Fairfax Police Department, Property Room, 3730 Old Lee Hwy, Fairfax, VA 22030.

This warrant authorizes the forensic examination of the CD and review of the documents for the purpose of identifying the user of the email account contained therein as the same individual using electronic devices previously seized containing child exploitation materials, as described further in Attachment B.

## **ATTACHMENT B**

All records and information on the CD and documents described in Attachment A that relate to establishing the identity or location of the user of computer devices seized from SUBJECT's residence in November and February 2014, which include:

1.      A Dell Latitude laptop computer (Service Tag: 2VLWY81);

2.      A Dell Latitude laptop computer (Service Tag: 6PXCY71);

3.      A Dell Latitude laptop computer (Service Tag HPJ4391); and

4.      A Western Digital External hard-drive: (SN: WCAZAC775833)

[SEIZED DEVICES] all of which were found to contain evidence relating to the production, distribution, receipt and/or possession of visual depictions of minors engaging in sexually explicit conduct and child pornography in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, including:

1.      Records and information about who used, controlled, or owned the SEIZED DEVICES between approximately 2012 and February 2014 during which time the SEIZED DEVICES were being used as instrumentalities of violations of Title 18, United States Code, Sections 2251, 2252, and 2252A;

2.      Records and information about who used, controlled, or owned email account "Christopher.777@mail.com" between approximately 2012 and February 2014 during which time the SEIZED DEVICES were being used as instrumentalities of violations of Title 18, United States Code, Sections 2251, 2252, and 2252A;

3.      Records and information about the identification of the "Christopher.777@mail.com" account to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were

created, the length of service, the types of service utilized, the IP address used to register the accounts, log-in IP addresses associated with session times and dates, accounts' status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number); and

4.      Any other records or information contained in the items described in Attachment A that can be used to further establish the identity or location of SUBJECT as using the SEIZED DEVICES mentioned in the warrant as an instrumentality of violations of Title 18, United States Code, Sections 2251, 2252, and 2252A.

2